# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136956(45)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LARRY EUGENE WILCOX,
       Defendant-Appellant.

_____

SC: 136956
COA: 278189
St. Joseph CC: 06-013718-FC


      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief and appendix is considered and, it appearing the brief and appendix were filed September 9, 2009, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk